Mel C. Orchard, III (WSB # 5-2984)
orchard@spencelawyers.com
Michael F. Lutz (WSB # 7-5180)
lutz@spencelawyers.com
THE SPENCE LAW FIRM, LLC
P.O. Box 548
Jackson, WY 83001
307-733-7290 / 307-733-5248 (fax)

*Attorneys for the Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF WYOMING

| | |
|---|---|
| DAVID THORBUS,<br><br>   Plaintiff,<br><br>   v.<br><br>H.H. WILLIAMS TRUCKING, LLC and FRED LEE WILLIAMS (a/k/a Freddy Williams),<br><br>   Defendants. | Case No. 2:19-cv-00106-SWS<br><br>NOTICE OF SETTLEMENT |

Please take notice that this case has settled and that all pending matters may be removed from the Court's calendar.

DATED this 22nd day of March, 2020

| | |
|---|---|
| */s/  Mel C. Orchard, III*<br>Mel C. Orchard, III (WSB # 5-2984)<br>THE SPENCE LAW FIRM, LLC<br><br>*Attorney for the Plaintiff* | */s/ Scott E. Ortiz*<br>Scott E. Ortiz (WSB # 3-2550)<br>WILLIAMS, PORTER, DAY & NEVILLE, P.C.<br><br>*Attorney for the Defendants* |

CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2020 a copy of this document was delivered to counsel for Defendants listed below via CM/ECF:

    Scott E. Ortiz (WSB # 3-2550)
    David E. Shields (WSB #7-4718)
    Zara S. Mason (WSB # 7-6267)
    WILLIAMS, PORTER, DAY & NEVILLE, P.C.
    e:    sortiz@wpdn.net
          dshields@wpdn.net
          zmason@wpdn.net

    <u>/s/  Mel C. Orchard, III</u>
    Mel C. Orchard, III (WSB # 5-2984)
    The Spence Law Firm, LLC

    *Attorney for the Plaintiff*