Case 2:19-cv-00106-SWS   Document 65   Filed 03/30/20   Page 1 of 2

SCOTT E. ORTIZ  WSB #5-2550
DAVID E. SHIELDS  WSB #7-4781
WILLIAMS PORTER DAY NEVILLE PC
PO Box 10700
Casper WY 82602
Telephone: 307-265-0700
Facsimile: 307-266-2306
Email: sortiz@wpdn.net
dshields@wpdn.net

*Attorneys for H.H. Williams Trucking LLC and Fred Lee Williams*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| DAVID THORBUS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 19-CV-106-S |
| | ) |
| H.H. WILLIAMS TRUCKING, LLC, and FRED LEE WILLIAMS (aka Freddy Williams), | ) |
| | ) |
| Defendant. | ) |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

COME NOW the parties in the above captioned matter, by and through undersigned counsel, and hereby submit their STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE, on the basis the parties have resolved their differences.

RESPECTFULLY SUBMITTED this 30th day of March, 2020.

/s/ SCOTT E. ORTIZ
**SCOTT E. ORTIZ**
**DAVID E. SHIELDS**
WILLIAMS PORTER DAY NEVILLE PC
PO Box 10700
Casper WY 82602


/s/ MEL C. ORCHARD III
**MEL C. ORCHARD III**
SPENCE LAW FIRM
PO Box 548
Jackson WY 83001


/s/ MICHAEL F. LUTZ
**MICHAEL F. LUTZ**
SPENCE LAW FIRM
PO Box 548
Jackson WY 83001