

**FILED**

2:39 pm, 4/1/20

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

DAVID THORBUS,

    Plaintiff,

vs.

H.H. WILLIAMS TRUCKING, LLC and FRED LEE WILLIAMS (a/k/a Freddy Williams),

    Defendants.

Case No. 19-CV-106-SWS

### ORDER DISMISSING WITH PREJUDICE

Pursuant to the *Stipulated Motion for Dismissal with Prejudice* (ECF No. 65) signed by counsel for each party, and in conformity with Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is hereby **dismissed with prejudice**, with each party to pay their own attorneys' fees and costs.

Dated this 31st day of March, 2020.

Scott W. Skavdahl
United States District Judge